# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

**DOC NO** 5
**REC'D/FILED** 2002 SEP 10 PM 1:42

DATE: 9-10-02    DAY: Tuesday    START TIME: 1:00 p.m.    END TIME: 1:30

MAG/JUDGE: Crabb    CLERK: Jacobson    REPORTER: K. Danler

PROBATION OFFICER: K. Daluen    DEFENDANT PRESENT: YES [x]  NO [ ]

CASE NUMBER: 02-CR-93-C-01    CASE NAME: USA vs. Troy Anthony Koch

**APPEARANCES:**

ASST. U.S. ATTY: Laura Przybylinski-Finn    DEFT'S ATTY: Elizabeth Edwards-Jones

MAXIMUM PENALTY: 15 yrs YR(S) IMPR; $ 250,000 FINE; 3 YR(S) SUPERVISED RELEASE

DEFT'S AGE: 37   high school grad - 1½ yr college    $ 100 SPECIAL ASSESSMENT

[ ] CONSENT FORM TO PROCEED BEFORE U.S. MAGISTRATE JUDGE SIGNED

[ ] INDICTMENT/INFORMATION READ          [X] DEFENDANT WAIVES READING of information

PLEA:  [X] GUILTY          [ ] ADJUDGED GUILTY BY COURT
       [ ] NOT GUILTY      [ ] MUTE
       [ ] NO CONTEST

PRETRIAL MOTIONS DUE: _____
SCHEDULING: JURY SEL/TRIAL: _____ ; PTC/EVID HRG: _____ at _____ ;
            FPTC SUBMISSIONS: _____ ; FPTC _____ at _____ ;
            FINAL HEARING: _____ at _____ .

PRESENTENCE REPORT DUE: 10-15-02 ;    OBJECTIONS DUE: 10-29-02 ;
SENTENCING DATE: 11-19-02    at 1:30 p.m.

[X]   ORDER SETTING CONDITIONS OF RELEASE ENTERED.
[ ]   DEFENDANT DETAINED PENDING TRIAL.
[ ]   DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____ at _____ .

TOTAL COURT TIME: 30 min
TAPE NUMBER: —
COUNTER NUMBER: —

02/00